IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Rosemary Blair                                : CHAPTER 13

Debtor                    :                : NO. 22-12573amc

**ORDER**

AND NOW, this __24th__ day of _____May_____, 2023, it is hereby ORDERED that the Motion to Vacate Order Dismissing Case is GRANTED.

_____
                                                                              J.