IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Rosemary Blair                                                                : CHAPTER 13

    Debtor                                                                          : NO. 22-12573amc

## CERTIFICATE OF SERVICE

I, Sharon S. Masters, Esq., attorney for Debtor, hereby certify that on this date I served a true and correct copy of the Fifth Amended Chapter 13 Plan electronically upon the U.S. Trustee and Chapter 13 Standing Trustee, and upon the following by first-class mail, postage prepaid

**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA  19101**
**(Creditor)**

**CHRISTOPHER A. DENARDO**
**Shapiro and DeNardo, LLC**
**3600 Horizon Drive, Suite 150**
**King of Prussia, PA 19406**
**(Attorney for Creditor Reverse Mortgage Funding)**

**Santander Consumer USA, Inc.**
**P.O. Box 961245**
**Fort Worth, TX 76161-1245**
**(Creditor)**

**Michael Vagnoni, Esq.**
**Centre Sq West 1500 Market**
**Philadelphia, PA  19102**
**(Attorney for Montco Tax Cl)**

**Keri P. Ebeck, Esq.**
**Bernstein - Burkley**
**707 Grant St. Ste.**
**Pittsburgh, PA 15219**
**(Attorney for Creditor)**

**Synchrony Bank**
**c/o PRA Receivables Mgmt POB 41021**
**Norfolk, VA 23541**
**(Creditor)**

**Dated: 6/25/2023**

/s/ Sharon S. Masters, Esq.
Sharon S. Masters, Esq.
132 Overleaf Drive
Thorndale, PA  19372
(610) 322-5277
shmasters@hotmail.com
Attorney for Debtor